**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **No. 3:21-CR-43-CAR-CHW-1** |
| **ERIC EUGENE TALLEY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is Defendant Eric Eugene Talley's Motion to Continue [Doc. 23] the pretrial hearing in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On October 14, 2021, the Grand Jury returned a two-count indictment charging Defendant with production of child pornography. On January 27, 2022, Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial. This case has once been previously continued.

In the Motion, defense counsel states that she believes this matter will likely be resolved via plea agreement, and the proposed plea agreement is pending approval by the criminal chief of the United States Attorney's Office. Once approved, counsel will need additional time to review the plea agreement with Defendant. Moreover, defense counsel will not have access to review additional sensitive discovery, held by the Federal

Bureau of Investigation, until July 22, 2022. Thus, additional time is also needed to review the additional discovery.

Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Thus, Defendant's Motion to Continue Trial [Doc. 23] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 15th day of July, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT