IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 3:21-CR-43-CAR-CHW-1 |
| : | |
| ERIC EUGENE TALLEY, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Government's Unopposed Motion to Continue [Doc. 29] the pretrial hearing in this case presently scheduled for January 11, 2023, and the trial, which is set to begin on January 23, 2023, in Athens, Georgia. On October 14, 2021, the Grand Jury returned a two-count indictment charging Defendant with production of child pornography. On January 27, 2022, Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial. This case has been previously continued, and Defendant Eric Eugene Talley does not oppose this continuance.

In the Motion, the Government states additional time is needed for the United States Probation Office to secure documents and make an assessment related to Defendant's criminal history which will be dispositive in whether this case resolves by way of a pretrial agreement or trial.

Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure

to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Government's Unopposed Motion to Continue Trial [Doc. 29] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until March 13, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 20th day of December, 2022.

                                      S/ C. Ashley Royal
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT